In the Matter of the Accounting of DAVID ROTHSCHILD, as Temporary Administrator of the Estate of WILLIAM WEISELL, Deceased.

BANKERS TRUST COMPANY, Appellant; BANKERS SURETY COMPANY, Respondent.

*Matter of Weisell*, 156 App. Div. 902, affirmed.
(Argued January 7, 1914; decided January 27, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

April 25, 1913, which affirmed a decree of the New York County Surrogate's Court holding the appellant trust company liable for moneys deposited with it by order of the court and withdrawn without authority by the temporary administrator.

*Joseph M. Hartfield* and *Raleigh H. Hansl* for appellant.

*Edward J. Dowling* for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, CUDDEBACK and MILLER, JJ.